**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:07CR57/MCR

KEVIN SCOTT CONWAY

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   December 7, 2007
Motion/Pleadings: UNOPPOSED MOTION TO OBTAIN PSR
Filed by Defendant       on       Doc.# 290
RESPONSES:
                on       Doc.#
                on       Doc.#

\_\_\_\_ Stipulated     \_\_\_\_ Joint Pldg.
 X  Unopposed     \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## ***ORDER***

    Upon consideration of the foregoing, it is ORDERED this 10th day of December, 2007, that:

    The relief requested is GRANTED.

*s/ M. Casey Rodgers*
*M. Casey Rodgers*
*United States District Judge*